IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LEVITON MANUFACTURING COMPANY, INC., | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 05-889 |
| | : | |
| UNIVERSAL SECURITY INSTRUMENTS, INC., et al., | : | |
| Defendants | : | |
| : : | : | |
| | : | |
| SHANGHAI MEIHAO ELECTRIC, INC., | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 05-1243 |
| | : | |
| LEVITON MANUFACTURING COMPANY, INC., | : | |
| Defendant | : | |

...o0o...

ORDER

The parties have essentially agreed that these cases, a patent infringement action and a related declaratory judgment action rising out of disputes over the same patent family, are moot or, in any event, that Leviton's motion to dismiss should be granted with prejudice. For good and sufficient reasons reflected in the record, it is this 17th day of December, 2007, ORDERED

That the motion to dismiss (Paper No. 133 in no. AMD 05-889) is **GRANTED** and these cases are **DISMISSED WITH PREJUDICE, PROVIDED HOWEVER**, that, should it choose to do so, Shanghai Meihao Electric, Inc., is granted leave to file an application for attorney's fees on or before January 14, 2008, to which any opposition shall be filed on or before February 11, 2008.

The Clerk shall CLOSE THESE CASES.

                                                 /s/
                                            ANDRE M. DAVIS
                                            United States District Judge