# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN K. GAUVEY**<br>**U.S. MAGISTRATE JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**MDD_skgchambers@mdd.uscourts.gov**<br>**(410) 962-4953**<br>**(410) 962-2985 - Fax** |

August 18, 2008

MEMORANDUM TO COUNSEL RE LEVITON MANUFACTURING CO., INC. V. UNIVERSAL SECURITY INSTRUMENTS, INC., ET AL., CIVIL NO. AMD-05-889

Dear Counsel:

   This is to confirm that the telephone hearing on the pending attorneys' fees motions is hereby rescheduled to Wednesday, September 3, 2008, at 2:30 p.m.

   If all sides agree that they would rather appear in person than participate by telephone, please contact my office by August 27, 2008.

   I look forward to talking with you on September 3rd.

                                        Sincerely yours,

                                        /s/

                                        Susan K. Gauvey
                                        United States Magistrate Judge