# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**SUSAN K. GAUVEY**<br>**U.S. MAGISTRATE JUDGE** | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>MDD_skgchambers@mdd.uscourts.gov<br>(410) 962-4953<br>(410) 962-2985 - Fax |

September 4, 2008

MEMORANDUM TO COUNSEL RE LEVITON MANUFACTURING CO., INC. V. UNIVERSAL SECURITY INSTRUMENTS, INC., ET AL., CIVIL NO. AMD-05-889

Dear Counsel:

    Thank you for your arguments yesterday in the above captioned case. Since I have not finalized my decision on fees under Section 285 due to inequitable conduct, I would suggest that Meihao not do the additional work on attorneys' fees that I indicated was necessary until you hear from me further. Regrettably, Leviton did not bring to my attention until yesterday the fact that the reexamination proceeding had been wholly favorable to Leviton and that the patent re-examiner had been given the Germain application as well as all related litigation. Accordingly, as I indicated in the hearing, I am reviewing the inequitable conduct issue weighing, as the case law indicates, the level of materially and the level of intent in making my decision.

    Thank you and I look forward to the material on the substantive issues. Please efile your submissions with the Court and also email them to me at judge_susan_gauvey@mdd.uscourts.gov

                                Sincerely yours,

                                /s/

                              Susan K. Gauvey
                              United States Magistrate Judge