<u>EXHIBITS HELD IN CHAMBERS</u>

LEVITON MANUFACTURING CO, INC

vs.

UNIVERSAL SECURITY INSTRUMENTS

Civil/Criminal No. AMD-05-0889                                PLAINTIFF'S Exhibits

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2008 SEP -4  A 9:50
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 09/03/08 | yes | Chronology of Patent |
| 2 | " | " | United States Patent 3/8/2005 |
| 3 | " | " | 8/28/2001 |
| 4 | " | " | 11/11/04 |
| 5 | " | " | Petition to Make Special |
| 6 | " | " | Correspondence dated 2/2/07 |
| 7 | " | " | Proceeding on 5/11/07 |
| 8 | " | " | Manuel of Patent |
| 9 | " | " | Motion Hearing 9/17/07 |
| 10 | " | " | Inter Partes Reexamination |
| 11 | " | " | Document dated 8/7/07 |

U.S. District Court (Rev. 3/1999) - Exhibit List