# Nixon & Vanderhye P.C.
ATTORNEYS AT LAW

11TH FLOOR
901 NORTH GLEBE ROAD
ARLINGTON, VIRGINIA 22203-1808
UNITED STATES OF AMERICA

September 5, 2008

TELEPHONE: (703) 816-4000
FACSIMILE: (703) 816-4100
WRITER'S DIRECT DIAL NUMBER:
**(703) 816-4010**
E-MAIL: JTH@NIXONVAN.COM

**VIA ELECTRONIC FILING**

Susan K. Gauvey, U.S. Magistrate Judge
United States District Court
District of Maryland
101 W. Lombard Street
Chambers 8D
Baltimore, Maryland  21201

> *Subject:*   *Shanghai Meihao Electric, Inc. v. Leviton Manufacturing Co., Inc. and Leviton Manufacturing Co., Inc. v. Universal Security Instruments, Inc. et al.,*
> *1:05-cv-00889 (D. Md.) (consolidated)*

Dear Judge Gauvey:

   In accordance with Your Honor's directive during the hearing on September 3, 2008, enclosed with this letter is a Declaration of James T. Hosmer together with Exhibits A through H for consideration in ruling on Meihao's pending motion for attorneys fees and costs. Because of the size of the file (which includes yellow highlighting) I have broken the exhibits to my Declaration into five different pdf files. I apologize to the Court for any inconvenience that may cause. I believe that the exhibits and statements in the Declaration are self-explanatory. However, I would be happy to provide the Court with any additional information regarding the '766 reexamination if the need arises.

   On a procedural matter, please note that U.S. patent examiner in the '766 reexamination considered the prior art references and information in Leviton's Information Disclosure Statement on January 28, 2008. However, the Examiner did not <u>enter</u> the signed IDS into the public U.S. Patent Office database until <u>August 20, 2008</u> (mailed August 21, 2008) – the same day that he filed an Answer in the reexamination. Thus, it was not possible for Leviton to know that the Examiner had in fact considered and signed the IDS until August 20, 2008.

Very truly yours,

NIXON & VANDERHYE P.C.

By: _____
James T. Hosmer

JTH:lsp
Enclosure (Declaration and attached Exhibits)
Copy (via email) to:  Susan Baker Manning, Esq., counsel for Shanghai Meihao Electric, Inc.