# EXHIBIT C

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 95/000,097 | 06/06/2005 | 6864766 | 18941/147 | 9395 |

42962      7590      08/21/2008

Leviton Manufacturing Co., Inc.; In-House  Account
Richard J. Ulrich
59-25  Little Neck Parkway
Little Neck, NY   11362

| EXAMINER |
|---|
|  |

| ART UNIT | PAPER NUMBER |
|---|---|
|  |  |

DATE MAILED: 08/21/2008

Please find below and/or attached an Office communication concerning this application or proceeding.

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

Micheal P. Kenney
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10903

## Transmittal of Communication to Third Party Requester
### *Inter Partes* Reexamination

REEXAMINATION CONTROL NUMBER *95/000,097*.

PATENT NUMBER *6,864,766*.

TECHNOLOGY CENTER *2800*.

ART UNIT *2832*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above-identified reexamination proceeding. 37 CFR 1.903.

Prior to the filing of a Notice of Appeal, each time the patent owner responds to this communication, the third party requester of the *inter partes* reexamination may once file written comments within a period of 30 days from the date of service of the patent owner's response. This 30-day time period is statutory (35 U.S.C. 314(b)(2)), and, as such, it <u>cannot</u> be extended. See also 37 CFR 1.947.

If an *ex parte* reexamination has been merged with the *inter partes* reexamination, no responsive submission by any *ex parte* third party requester is permitted.

**All correspondence** relating to this inter partes reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of the communication enclosed with this transmittal.

PTOL-2070 (Rev.07-04)

| **INTER PARTES REEXAMINATION COMMUNICATION** | **Control No.** | | **Patent Under Reexamination** | |
|---|---|---|---|---|
| | 95/000,097 | | 6864766 | |
| | **Examiner** | | **Art Unit** | |
| | RAMON M. BARRERA | | 2832 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address. --*

BELOW/ATTACHED YOU WILL FIND A COMMUNICATION FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE OFFICIAL(S) IN CHARGE OF THE PRESENT REEXAMINATION PROCEEDING.

**All correspondence** relating to this *inter partes* reexamination proceeding should be directed to the **Central Reexamination Unit** at the mail, FAX, or hand-carry addresses given at the end of this communication.

Application/Control Number: 95/000,097                                    Page 1

Art Unit: 2800

### EXAMINER'S ANSWER

This is in response to the following appellant (and respondent) brief(s) on appeal:

Appellant's brief filed on June 6, 2007 by third party requester.

Respondent's brief filed on June 16, 2006 by patent owner.


*(A) Real Party in Interest*

A statement identifying the real party in interest is contained in all of the brief(s).


*(B) Related appeals and interferences.*

The following are the related appeals, interferences, and judicial proceedings

known to the examiner which may be related to, directly affect or be directly affected by

or have a bearing on the Board's decision in the pending appeal:

Leviton Manufacturing Co., Inc. v Zhejiang Dongzheng Electrical Co., Inc., United

States District Court, District of New Mexico, Civ No. 05-0301 RLP/DJS.

Shanghai Meihao Electric, Inc. v. Leviton Manufacturing Co., Inc., No. 2006-1272 (Fed.
Cir.)

Shanghai Meihao Electric, Inc. v. Leviton Manufacturing Co., Inc., United States District

Court, Maryland, 1:05cv1243.

Leviton Manufacturing Co., Inc., v Universal Security Instruments, Inc.,et al., United
States

District Court, Maryland, 1:05cv889.

Leviton Manufacturing Co., Inc., v Topaz Lighting Corp, et al., United States

District Court, New York Eastern, 2:05cv1469.

Application/Control Number: 95/000,097                                    Page 2
Art Unit: 2800

See also pages 2-4 of patent owner's IDS filed 8/7/07.

### (C) Status of Claims

The examiner agrees with the statement of the status of claims contained in the briefs.

### (D) Status of Amendments

The examiner agrees with the statement of the status of amendments after Action Closing Prosecution contained in the brief(s).

No amendment after Action Closing Prosecution has been filed.

### (E) Summary of Claimed Subject Matter

The examiner disagrees with the statement of the summary of claimed subject matter contained in appellant's brief. Appellant's brief, on pages 5, 7-9, 11, and 14-17, defines or uses the claimed term "bridge" as: "an electrical shunt path. A shunt path is an electrical path in which the components are each connected in parallel (i.e., to the ends of the circuit)". Although the term "bridge" has this definition as well as various other meanings within the electrical arts, it is employed in the patent in context of its generally accepted definition, i.e., to define a structure that connects two adjacent elements.

### (F) Issues to be Reviewed on appeal

#### (1) Grounds of Rejection to be Reviewed on Appeal

Application/Control Number: 95/000,097                                    Page 3
Art Unit: 2800

None


(2) *Findings of Patentability to be Reviewed on Appeal*

The examiner disagrees with the statement of the findings of patentability

contained in appellant's brief.


(a) Findings of Patentability Not On Review

None


(b) Non-Appealable Issues

Appellant's brief under "Issues to be reviewed on appeal"

lists a series of 35 U.S.C. 103 rejections which were

proposed in third party requestors request for reexamination.

The proposed grounds for these 103 rejections were not

considered as to patentability (found not to establish a

significant new question of patentability) because they

lacked the requisite specificity to be considered. Third party

requestor did not petition the finding to refuse consideration

of the proposed 103 rejections.


*(G) Claims Appendix*

Application/Control Number: 95/000,097                                          Page 4
Art Unit: 2800

The copy of the appealed claims 1-22 is contained in the Appendix to the
appellant brief of third party requester is correct.


*(H) Evidence Relied Upon*

The following is a listing of the evidence (e.g., patents, publications, official
notice, and admitted prior art) relied upon by the examiner in the findings of patentability
of the claims under appeal.

| 5,239,438 | Echtler | 1993 |
| 3,766,434 | Sherman | 1973 |
| 4,814,641 | Dufresne | 1989 |
| 4,159,499 | Bereskin | 1979 |

The following is a listing of the evidence relied upon by the third party
requester(s) in the proposed rejection of claims which were not made by the examiner,
and are now under appeal.

Application/Control Number: 95/000,097                                    Page 5
Art Unit: 2800

| | | |
|---|---|---|
| 4,001804 | Irving | 1977 |
| 4013929 | Dietz, et al. | 1977 |
| 2485367 | Dillow | 1949 |
| 4626953 | Nilssen | 1986 |
| 2320123 | Farnham | 1943 |
| 5917686 | Chan | 1999 |
| 2001563 | Herman | 1935 |
| 2993148 | Pywell | 1961 |
| 2999189 | Cornelius | 1961 |
| 3158785 | Gagniere | 1964 |
| 3233151 | Fisher | 1966 |
| 3872354 | Nestor | 1975 |
| 4956743 | Hasegawa | 1990 |
| 5600524 | Neiger | 1997 |
| 6021034 | Chan | 2000 |
| 6381113 | Legatti | 2002 |
| GB227930 | Reynolds | 1925 |
| SP469787 | Firma | 1978 |
| JP06113442 | Shin | 1994 |
| GB2292491 | Crabtree | 1996 |

(I) *Grounds of Rejection*

Application/Control Number: 95/000,097                                    Page 6
Art Unit: 2800

> None

### (J) Determinations of Patentability

The following findings of patentability, i.e., determinations of inapplicability of a
proposed rejection, are applicable to the appealed claims.

1.      The proposed rejection of claims 1-22 over Echtler is not adopted.  Requester
alleges each and every element of sole independent claims 1 and 11 is disclosed in the
Echtler patent and is therefore anticipated under 35 U.S.C. 102(b) by the Echtler patent.

As to claim 1, the requester asserts each of a first, second and third
electrical conductors is disclosed in Echtler in the form of cable 9; lines 14, 15; and lines
12, 13, respectively. Switches S1, S2, S3, S4 have an opened position whereby cable
9, lines 14, 15 and lines 12, 13 are electrically isolated from one another. Switches S1,
S2, S3, S4 act as a movable bridge, are attached to cable 9 (at N and L1) and have a
closed position whereby cable 9, lines 14, 15 and lines 12, 13 are electrically connected
to each other. Furthermore, requester asserts that the claimed "at least one movable
bridge electrically connected to the first electrical conductor" corresponds in Echtler to
the switch 3 connected to cable 9 at switches S1 and S2.  The examiner does not
support requester's position because Echtler does not disclose the movable bridge
<u>always</u> electrically connected to the first conductor 9.  Echtler shows the "movable
bridge electrically connected to the first electrical conductor" only when the switch is
closed.  The examiner believes this is the correct interpretation of the claim since all the
unfixed or non-permanent electrical connections in the claim are designated as "capable

Application/Control Number: 95/000,097                                   Page 7

Art Unit: 2800

of being electrically connected", whereas the connection between the movable bridge

and the first electrical conductor is designated as being "electrically connected".

Further, Disalvo supports this interpretation of the claim because as shown in Figures 3

and 11 the movable bridge (50, 70) is <u>always</u> electrically connected to the first electrical

conductor (34, 38).

As to claim 11, requester asserts each of the first, second and third pairs

of terminals is disclosed in Echtler in the form of plug 10; connector socket B4 and

connector sockets B1 B2 B3, respectively. Switches S1, S2, S3, S4 have an opened

position whereby plug 10, socket B4 and sockets B1, B2, B3 are electrically isolated

from one another. Switches S1, S2, S3, S4 act as a movable bridge, are attached to

plug 10 (through cable 9 at N and L1) and have a closed position whereby plug 10,

socket B4 and sockets B1, B2, B3 are electrically connected to each other.

Furthermore, requester asserts that the claimed "at least one movable bridge electrically

connected to the first pair of terminals" corresponds to the switch 3 connected to plug

10 at switches S1 and S2.  The examiner does not support requester's position because

Echtler does not disclose the movable bridge <u>always</u> electrically connected to the first

pair of terminals (plug 10).  Echtler shows the "movable bridge electrically connected to

the first pair of terminals" only when the switch is closed.  The examiner believes this is

the correct interpretation of the claim since all the unfixed or non-permanent electrical

connections in the claim are designated as "capable of" being electrically connected",

whereas the connection between the movable bridge and the first pair of terminals is

designated as being "electrically connected".  Further, Disalvo supports this

Application/Control Number: 95/000,097                                              Page 8
Art Unit: 2800

interpretation of the claim because as shown in Figures 3 and 11 the movable bridge

(50, 70) is <u>always</u> electrically connected to the first pair of terminals (34, 38).

2.       The proposed rejection of claims 1-22 over Sherman is not adopted.

Requester alleges each and every element of sole independent claims 1 and 11 is

disclosed in the Sherman patent and is therefore anticipated under 35 U.S.C. 102(b) by

the Sherman patent.  As to claim 1, the requester asserts that the claimed "said at least

one movable bridge capable of electrically connecting the first, second and third

electrical conductors to each other" corresponds in Sherman to the movable bridge 112

attached to first conductor 32 having a closed position electrically connecting said first

conductor with second conductor 56 associated with a first socket 16 and a third

conductor comprising a second power line 56 associated with a second socket 16.  The

examiner deems Sherman does not disclose the claimed "at least one movable bridge

capable of electrically connecting the first, second and third electrical conductors to

each other" because, contrary to requester's allegation, movable bridge 112 is not

capable of electrically connecting to a third electrical conductor.  Because each of Figs.

2 and 3 of the Sherman patent represents one of a plurality of identical circuits, each

associated with a separate socket 16 of Fig. 1, movable bridge 112 is associated with

only one socket 16.  Therefore, at least <u>two</u> of Sherman's movable bridges 112 are

necessary to electrically connect the first, second and third electrical conductors to each

other.  In other words, examiner interprets the claim language of DiSalvo "said of least

one movable bridge capable of electrically connecting the first, second and third

electrical conductors to each other" as requiring at least one movable bridge that is

*individually* "capable of electrically connecting the first, second and third electrical

conductors to each other." This interpretation is derived from the patent's figures 3 and

5 which illustrates a movable bridge (50,116) capable of connecting the first

(50,52,62,116), second (54,56), and third (64,66) electrical conductors with each other.

As to claim 11, requester asserts that the claimed "said at least one

movable bridge being capable of electrically connecting the first, second and third pairs

of terminals to each other" corresponds in Sherman to the movable bridge (switches

112) electrically connected to first pair of terminals (32, 34) having a closed position

electrically connecting said first pair of terminals to second and third pairs of terminals

associated with the plurality of switches 112. The examiner deems Sherman does not

disclose the claimed "at least one movable bridge being capable of electrically

connecting the first, second and third pairs of terminals to each other" because the

movable bridge (switches 112) is not capable of electrically connecting to the third pair

of terminals. Because each of Figs. 2 and 3 of the Sherman patent represents one of a

plurality of identical circuits, each associated with a separate socket 16 of Fig. 1, the

movable bridge (switches 112) is associated with only one pair of terminals, or socket

16. Therefore, at least two of Sherman's movable bridges 112 are necessary to

electrically connect the first, second and third pairs of terminals to each other.

3.      The proposed rejection of claims 1-22 over Dufresne is not adopted.

Requester alleges each and every element of sole independent claims 1 and 11 is

disclosed in the Dufresne patent and is therefore anticipated under 35 U.S.C. 102(b) by

the Dufresne patent.

As to claim 1, requester asserts a first electrical conductor is disclosed in Dufresne in the form of power contacts 22. Second and third electrical conductors are disclosed in the form of first power contacts 26 and second power contacts 46. Furthermore, the requester asserts that the claimed "at least one movable bridge electrically connected to the first electrical conductor" corresponds in Dufresne to the switches 44 and 70 acting as a movable bridge electrically connected (when closed) to first electrical conductor or lines 32 and 54 attached to the power contacts. The examiner does not support requester's position because Dufresne does not disclose the movable bridge (44,70) always electrically connected to the first conductor 22. Dufresne shows the "movable bridge electrically connected to the first electrical conductor" only when the switch is closed. The examiner believes this is the correct interpretation of the claim since all the unfixed or non-permanent electrical connections in the claim are designated as "capable of" being electrically connected", whereas the connection between the movable bridge and the first electrical conductor is designated as being "electrically connected".

As to claim 11, requester asserts each of the first, second and third pairs of terminals is disclosed in Dufresne in the form of power contacts 22, second electrical contacts 26 and third power contacts 46, respectively. Switches 44 and 70 have an opened position whereby power contacts 22, second electrical contacts 26 and third power contacts 46 are electrically isolated from one another. Switches 44 and 70 act as a movable bridge, are attached to power contacts 22 over lines 32 and 54 and have a closed position whereby power contacts 22, second electrical contacts 26 and third

power contacts 46 are electrically connected to each other.   The examiner does not

support requester's position because Dufresne does not disclose the movable bridge

(44,70) always electrically connected to the first pair of terminals 22.  Dufresne shows

the "movable bridge electrically connected to the first pair of terminals" only when the

switch is closed.  The examiner believes this is the correct interpretation of the claim

since all the unfixed or non-permanent electrical connections in the claim are

designated as "capable of" being electrically connected", whereas the connection

between the movable bridge and the first pair of terminals is designated as being

"electrically connected".

4.       The proposed rejection of claims 1-22 over Bereskin is not adopted.

Requester alleges each and every element of sole independent claims 1 and 11 is

disclosed in the Bereskin patent and is therefore anticipated under 35 U.S.C. 102(b) by

the Bereskin patent.

           As to claim 1, requester asserts a first electrical conductor is disclosed in

Bereskin in the form of line bus 11.  Second and third electrical conductors are

disclosed in the form of electrical conductor 20 and electrical conductor 20a.  Switch 46

has an opened position whereby line bus 11, electrical conductor 20 and electrical

conductor 20a are electrically isolated from one another. Switch 46 acts as a movable

bridge, is attached to power contacts over line bus 11 and has a closed position

whereby line bus 11, electrical conductor 20 and electrical conductor 20a are electrically

connected to each other.   The examiner does not support requester's position because

Bereskin does not disclose the movable bridge 46 always electrically connected to the

Application/Control Number: 95/000,097                                Page 12
Art Unit: 2800

first conductor 11. Bereskin shows the "movable bridge electrically connected to the
first electrical conductor" only when the switch is closed. The examiner believes this is
the correct interpretation of the claim since all the unfixed or non-permanent electrical
connections in the claim are designated as "capable of" being electrically connected",
whereas the connection between the movable bridge and the first electrical conductor is
designated as being "electrically connected".

As to claim 11, requester asserts each of the first, second and third pairs
of terminals is disclosed in Bereskin in the form of line bus 11/neutral bus 12, electrical
conductors 30, 32 and electrical conductors 30a, 32, respectively. Switch 46 has an
opened position whereby line bus 11/neutral bus 12, electrical conductors 30, 32 and
electrical conductors 30a, 32 are electrically isolated from one another. Switch 46 acts
as a movable bridge, is attached to line bus 11 and has a closed position whereby line
bus 11/neutral bus 12, electrical conductors 30, 32 and electrical conductors 30a, 32
are electrically connected to each other. The examiner does not support requester's
position because Bereskin does not disclose the movable bridge 46 <u>always</u> electrically
connected to the first pair of terminals 11. Bereskin shows the "movable bridge
electrically connected to the first pair of terminals" only when the switch is closed. The
examiner believes this is the correct interpretation of the claim since all the unfixed or
non-permanent electrical connections in the claim are designated as "capable of" being
electrically connected", whereas the connection between the movable bridge and the
first pair of terminals is designated as being "electrically connected".

(K) No New Ground of Rejection or New Finding of Patentability

This examiner's answer does not contain any new ground of rejection. This examiner's answer does not contain any new finding of patentability (i.e., no new determination of inapplicability of a proposed rejection).


(L) Response to Argument.

Appellant contends the examiner's inferring of the movable bridge <u>always</u> electrically connected to the first conductor and as requiring at least one movable bridge that is **individually** "capable of electrically connecting the first, second and third electrical conductors to each other," runs contrary to the notion of giving the claims their broadest interpretation. The examiner believes this is a correct interpretation of the claim since all the unfixed or non-permanent electrical connections in the claim are designated as "capable of" being electrically connected, whereas the connection between the movable bridge and the first pair of terminals is designated as being "electrically connected". Further, Disalvo supports this interpretation of the claim because as shown in Figures 3 and 11 the movable bridge (50, 70) is <u>always</u> electrically connected to the first pair of terminals (34, 38). Support for the at least one movable bridge (50) that is **individually** "capable of electrically connecting the first (52,62,116), second (54) and third (64) electrical conductors to each other" can be found in fig. 3 of DiSalvo.


(M) Related Proceeding(s) Appendix

Application/Control Number: 95/000,097                                    Page 14

Art Unit: 2800

No decision rendered by a court or the Board is identified by the examiner in the

Related Appeals and Interferences section of this examiner's answer.


### (N) Period for Providing a Rebuttal Brief

Appellant(s) is/are given a period of ONE MONTH from the mailing date of this examiner's answer within which to file a rebuttal brief in response to the examiner's answer. Prosecution otherwise remains closed.

The rebuttal brief of the patent owner may be directed to the examiner's answer and/or any respondent brief. The rebuttal brief of the third party requester(s) may be directed to the examiner's answer and/or the respondent brief of the patent owner. The rebuttal brief must (1) clearly identify each issue, and (2) point out *where* the issue was raised in the examiner's answer and/or in the respondent brief. In addition, the rebuttal brief must be limited to issues raised in the examiner's answer or in the respondent brief.

The time for filing the rebuttal brief may not be extended. No further submission (other than the rebuttal brief(s)) will be considered, and any such submission will be treated in accordance with 37 CFR 1.939.


### (O) Conclusion

Application/Control Number: 95/000,097                                    Page 15

Art Unit: 2800

For the above reasons, it is believed that the findings of patentability discussed

above should be sustained.


Respectfully submitted,

/Ramon M Barrera/

Primary Examiner, Art Unit 2832


Conferees:

Lincoln Donovan /LD/

David Blum/David S Blum/

TQAS Appeal Specialist, TC 2800

PTO/SB/08a (05-07)
Approved for use through 09/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| | |
|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | |
| Application Number | 95000097 |
| Filing Date | 2005-06-06 |
| First Named Inventor | Nicholas DiSalvo |
| Art Unit | 2832 |
| Examiner Name | Ramon M. Barrera |
| Attorney Docket Number | 18941/147 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **U.S.PATENTS** | | | | | | |
| Examiner Initial* | Cite No | Patent Number | Kind Code¹ | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | 3309571 | | 1967-03-14 | C. Gilker | |
| | 2 | 3538477 | | 1970-11-03 | R.E. Walters et al. | |
| | 3 | 3702418 | | 1972-11-07 | Robert E. Obenhaus | |
| | 4 | 3872354 | | 1975-03-18 | David Williams Nestor et al. | |
| | 5 | 3949336 | | 1976-04-06 | Robert E. Dietz | |
| | 6 | 4034360 | | 1977-07-05 | Edmund O. Schweitzer Jr. | |
| | 7 | 4063299 | | 1977-12-13 | Ronald G. Munroe | |
| | 8 | 4223365 | | 1980-09-16 | Richard J. Moran | |

EFS Web 2.0.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| | | | Application Number | 95000097 |
|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | | Filing Date | 2005-06-06 |
| | | | First Named Inventor | Nicholas DiSalvo |
| | | | Art Unit | 2832 |
| | | | Examiner Name | Ramon M. Barrera |
| | | | Attorney Docket Number | 18941/147 |

| | | | | | |
|---|---|---|---|---|---|
| | 9 | 4316230 | | 1982-02-16 | James E. Hansen et al. |
| | 10 | 4442470 | | 1984-04-10 | John J. Misencik |
| | 11 | 4521824 | | 1985-06-04 | Robert A. Morris et al. |
| | 12 | 4567456 | | 1986-01-28 | Raymond H. Legatti |
| | 13 | 4574260 | | 1986-03-04 | Terry E. Franks |
| | 14 | 4578732 | | 1986-03-25 | Charles W. Draper et al. |
| | 15 | 4631624 | | 1986-12-23 | Robert F. Dvorak et al. |
| | 16 | 4949070 | | 1990-08-14 | Donald C. Wetzel |
| | 17 | 4967308 | | 1990-10-30 | Milton Morse |
| | 18 | 5477412 | | 1995-12-19 | Benjamin Neiger et al. |
| | 19 | 5517165 | | 1996-05-14 | David L. Cook |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 95000097 | |
| Filing Date | 2005-06-06 | |
| First Named Inventor | Nicholas DiSalvo | |
| Art Unit | 2832 | |
| Examiner Name | Ramon M. Barrera | |
| Attorney Docket Number | 18941/147 | |

| | | | | | |
|---|---|---|---|---|---|
| 20 | 5661623 | | 1997-08-26 | Thomas M. McDonald et al. | |
| 21 | 5815363 | | 1998-09-29 | Raymond Wai Hang Chu | |
| 22 | 5825602 | | 1998-10-20 | Hiroaki Tosaka et al. | |
| 23 | 5844765 | | 1998-12-01 | Tatsuo Kato et al. | |
| 24 | 5943198 | | 1999-08-24 | Stanley S. Hirsh et al. | |
| 25 | 5956218 | | 1999-09-21 | Rainer Berthold | |
| 26 | 3766434 | | 1973-10-16 | Stanley A. Sherman | |
| 27 | 4010432 | | 1977-03-01 | Keith W. Klein | |
| 28 | 4034266 | | 1977-07-05 | Gopal J. Virani et al. | |
| 29 | 4159499 | | 1979-06-26 | Alexander B. Bereskin | |
| 30 | 4163882 | | 1979-08-07 | Floyd M. Baslow | |

EFS Web 2.0.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 95000097 |
| Filing Date | | 2005-06-06 |
| First Named Inventor | | Nicholas DiSalvo |
| Art Unit | | 2832 |
| Examiner Name | | Ramon M. Barrera |
| Attorney Docket Number | | 18941/147 |

| | | | | | |
|---|---|---|---|---|---|
| | 31 | 4194231 | | 1980-03-18 | Keith W. Klein |
| | 32 | 4288768 | | 1981-09-08 | Hans Arnold et al. |
| | 33 | 4422470 | | 1984-04-10 | John J. Misencik |
| | 34 | 4518945 | | 1985-05-07 | Paul F. Ranken et al. |
| | 35 | 4568899 | | 1986-02-04 | William E. May |
| | 36 | 4595894 | | 1986-06-07 | Richard C. Doyle et al. |
| | 37 | 4630015 | | 1986-12-16 | Paul D. Gernhardt et al. |
| | 38 | 4641216 | | 1987-02-03 | Robert A. Morris et al. |
| | 39 | 4641217 | | 1987-02-03 | Robert A. Morris et al. |
| | 40 | 4686600 | | 1987-08-11 | Robert A. Morris et al. |
| | 41 | 4719437 | | 1988-01-12 | Bun H. Yun |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /RB/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 95000097 |
| Filing Date | 2005-06-06 |
| First Named Inventor | Nicholas DiSalvo |
| Art Unit | 2832 |
| Examiner Name | Ramon M. Barrera |
| Attorney Docket Number | 18941/147 |

| | | | | | |
|---|---|---|---|---|---|
| | 42 | 4802052 | | 1989-01-31 | Edward J. Brant et al. | |
| | 43 | 4814641 | | 1989-03-21 | Jacques Dufresne | |
| | 44 | 4816957 | | 1989-03-28 | Lawrence F. Irwin | |
| | 45 | 4851951 | | 1989-07-25 | Robert W. Foster Jr. | |
| | 46 | 5161240 | | 1992-11-03 | Ken C. Johnson | |
| | 47 | 5179491 | | 1993-01-12 | Daniel J. Runyan | |
| | 48 | 5202662 | | 1993-04-13 | Wolfgang F. Bienwald et al. | |
| | 49 | 5281331 | | 1993-06-08 | Robert A. Morris | |
| | 50 | 5223810 | | 1993-06-29 | Christopher A. Van Haaren | |

If you wish to add additional U.S. Patent citation information please click the Add button.

**U.S.PATENT APPLICATION PUBLICATIONS**

| Examiner Initial* | Cite No | Publication Number | Kind Code1 | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 95000097 |
| --- | --- | --- |
| | Filing Date | 2005-06-06 |
| | First Named Inventor | Nicholas DiSalvo |
| | Art Unit | 2832 |
| | Examiner Name | Ramon M. Barrera |
| | Attorney Docket Number | 18941/147 |

| | 1 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |

If you wish to add additional U.S. Published Application citation information please click the Add button.

**FOREIGN PATENT DOCUMENTS**

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 1 | GB830018 | GB | | 1960-09-03 | Michael Cornelius Gerrad | | ☐ |
| | 2 | GB2207823 | GB | | 1989-08-02 | Pickering Ian Jack | | ☐ |
| | 3 | GB227930 | GB | | 1925-01-26 | Bruce Hamer Leeson | | ☐ |
| | 4 | DE3431581C2 | DE | | 1991-11-28 | Friedrich Lauerer | | ☐ |
| | 5 | EP081861 | EP | | 1983-06-22 | Friedrich Lauerer | | ☐ |
| | 6 | DE2281138 | DE | | 1978-11-30 | Giorgio Giardini | | ☐ |
| | 7 | FR2391549 | FR | | 1978-12-15 | Elettrocondutture S.P.A. | | ☐ |
| | 8 | ES21345 8/77 | ES | | 1978-05-30 | Giordini | | ☐ |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 95000097 |
| --- | --- | --- |
| | Filing Date | 2005-06-06 |
| | First Named Inventor | Nicholas DiSalvo |
| | Art Unit | 2832 |
| | Examiner Name | Ramon M. Barrera |
| | Attorney Docket Number | 18941/147 |

| | 9 | GB2292491 | | GB | | 1986-11-17 | Horton | | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 10 | JP61-259428 | | JO | | 1986-11-17 | Yabunaka | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
| --- | --- | --- | --- |
| | 1 | Civil Action No. CIV-05-0301-JB/DJS,  Defendant Central Purchasing LLC'S and Harbor Freight Tools USA, Inc.'s Answer and Counterclaims to Plaintiff's Second Amended Complaint, Oct. 12, 2005. | ☐ |
| | 2 | Civil Action No. CIV-05-0301-JB/DJS, Defendant Zhejiang Dongzheng Electrical Co.'s Response to Plaintiff's First Interrogatories, February 3, 2006 | ☐ |
| | 3 | Civil Action No. CIV-05-0301-JB/DJS, Defendant Central Purchasing LLC's Responses to Plaintiff's First Set of Interrogatories to Defendant Central Purchasing , LLC, Feb. 13, 2006 | ☐ |
| | 4 | Civil Action No. CIV-05-0301-JB/DJS, Defendant Nicor d/b/a Nicor Lighting & Fans' Answers and  Objections to Plaintiff's First Set of Interrogatories | ☐ |
| | 5 | Practical Application Guidelines for Leakage Current Protection Devices PAG 943A, First Edition, January 15, 1998, pp. 1-16 | ☐ |
| | 6 | Shanghai Meihao Electric Inc. v. Leviton Mfg. Co., Complaint and Request for Declaratory Relief, May 6, 2005 | ☐ |
| | 7 | Civil Action No. 05-0889 AMD (Consolidated), Shanghai Meihao Electric Second Supplementary Responses to Leviton Mfg. Co., Inc. First Set of Interrogatories, March 16, 2007 (Interrogatories No. 6) | ☐ |

EFS Web 2.0.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| | | | |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 95000097 | |
| | Filing Date | 2005-06-06 | |
| | First Named Inventor | Nicholas DiSalvo | |
| | Art Unit | 2832 | |
| | Examiner Name | Ramon M. Barrera | |
| | Attorney Docket Number | 18941/147 | |

| | | | |
|---|---|---|---|
| 8 | Civil Action No. CIV-05-0301-JB/DJS, Defendant Central Purchasing LLC'S and Harbor Freight Tools USA, Inc.'s Answer and Counterclaims to Plaintiff's First Amended Complaint, June 10, 2005 | | ☐ |
| 9 | Civil Action No. CIV-05-0301-RLP/DJS, Defendant Zhejiang Dongzheng Electrical Co.'s Answer and Counterclaims to Plaintiff's Second Amended Complaint, October 12, 2005 | | ☐ |
| 10 | Civil Action No. CIV-05-0301-JB/DJS, Defendant Zhejiang Dongzheng Electrical Co.'s Answer and Counterclaims to Plaintiff's First Amended Complaint, May 27, 2005 | | ☐ |
| 11 | Civil Action No. CIV-05-0301–RLP/DJS, Defendant Zhejiang Dongzheng Electrical Co.'s Answer and Counterclaims to Plaintiff's Second Amended Complaint, October 12, 2005 | | ☐ |
| 12 | Civil Action No. CIV-05-0301-RLP/DJS, Defendant Nicor, Inc.'s Answer to Plaintiff's First Amended Complaint and Counterclaim, October 12, 2005 | | ☐ |
| 13 | Civil Action No. CIV-05-0301-RLP/DJS, Defendant Nicor Inc., D/B/A Nicor Lighting & Fans  Answer to Plaintiff's Second  Amended Complaint and Counterclaim, October 12, 2005 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | /Ramon Barrera/ | Date Considered | 01/28/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

¹ See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  ² Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  ³ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. ⁴ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  ⁵ Applicant is to place a check mark here if English language translation is attached.

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 95000097 |
| | Filing Date | 2005-06-06 |
| | First Named Inventor | Nicholas DiSalvo |
| | Art Unit | 2832 |
| | Examiner Name | Ramon M. Barrera |
| | Attorney Docket  Number | 18941/147 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ None

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | *Claude R. Narcisse* | Date (YYYY-MM-DD) | 2007-08-07 |
|---|---|---|---|
| Name/Print | Claude R. Narcisse | Registration Number | 38979 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: **Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PTO/SB/08a (05-07)
Approved for use through 09/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | | 95000097 |
| Filing Date | | 2005-06-06 |
| First Named Inventor | | Nicholas DiSalvo |
| Art Unit | | 2832 |
| Examiner Name | | Ramon M. Barrera |
| Attorney Docket Number | | 18941/147 |

| U.S.PATENTS | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code1 | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | 5224006 | | 1993-06-29 | Raymond W. MacKenzie et al. | |
| | 2 | 5239438 | | 1993-08-24 | Karl Echtler | |
| | 3 | 5293522 | | 1994-05-08 | Joseph P. Fello | |
| | 4 | 5477412 | | 1995-12-19 | Benjamin Neiger et al. | |
| | 5 | 5510760 | | 1996-04-23 | Jean-Claude Marcou et al. | |
| | 6 | 5541800 | | 1996-07-30 | John Misencik | |
| | 7 | 5576580 | | 1996-11-19 | Minoru Hosoda et al. | |
| | 8 | 5594398 | | 1997-01-14 | Jean-Claude Marcou et al. | |

EFS Web 2.0.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | |
|---|---|---|---|---|
| Application Number | 95000097 |
| Filing Date | 2005-06-06 |
| First Named Inventor | Nicholas DiSalvo |
| Art Unit | 2832 |
| Examiner Name | Ramon M. Barrera |
| Attorney Docket  Number | 18941/147 |

| | | | | | |
|---|---|---|---|---|---|
| | 9 | 5600524 | | 1997-02-04 | Benjamin Neiger et al. | |
| | 10 | 5694280 | | 1997-12-02 | Liang Zhou | |
| | 11 | 5706155 | | 1998-01-06 | Benjamin Neiger et al. | |
| | 12 | 5710399 | | 1998-01-20 | Roger N. Castonguay et al. | |
| | 13 | 5729417 | | 1998-03-17 | Benjamin Neiger et al | |
| | 14 | 5805397 | | 1998-09-08 | Raymond Warren MacKenzie | |
| | 15 | 5877925 | | 1999-03-02 | Paul H. Singer | |
| | 16 | 5920451 | | 1999-07-06 | Michael Fasano et al. | |
| | 17 | 6021034 | | 2000-02-01 | David Chan et al. | |
| | 18 | 6040967 | | 2000-03-01 | Nicholas L. DiSalvo | |
| | 19 | 6052265 | | 2000-04-18 | Albert Zaretsky et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| | | | | | |
|---|---|---|---|---|---|
| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 95000097 | | |
| | | Filing Date | 2005-06-06 | | |
| | | First Named Inventor | Nicholas DiSalvo | | |
| | | Art Unit | 2832 | | |
| | | Examiner Name | Ramon M. Barrera | | |
| | | Attorney Docket Number | 18941/147 | | |

| | | | | | |
|---|---|---|---|---|---|
| 20 | 6204743 | | 2001-03-20 | Randy Greenberg et al. | |
| 21 | 6226161 | | 2001-05-01 | Benjamin Neiger et al. | |
| 22 | 6232857 | | 2001-05-15 | Henry H. Mason Jr. et al. | |
| 23 | 6242993 | | 2001-06-05 | Dennis William Fleege et al. | |
| 24 | 6246558 | | 2001-06-12 | Nicholas L. DiSalvo et al. | |
| 25 | 6252407 | | 2001-06-26 | Bernard Gershen | |
| 26 | 6255923 | | 2001-07-03 | Henry H. Mason, Jr. et al. | |
| 27 | 6259340 | | 2001-07-10 | Kevin Fuhr et al. | |
| 28 | 6545574 | | 2003-04-08 | Raymond K. Seymour et al. | |
| 29 | 6590753 | | 2003-07-08 | David A. Finlay | |
| 30 | 5185687 | | 1993-02-09 | Beihoff | |

EFS Web 2.0.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 95000097 |
| Filing Date | 2005-06-06 |
| First Named Inventor | Nicholas DiSalvo |
| Art Unit | 2832 |
| Examiner Name | Ramon M. Barrera |
| Attorney Docket Number | 18941/147 |

| | | | | | |
|---|---|---|---|---|---|
| | 31 | 4159499 | | 1979-06-26 | Bereskin |
| | 32 | 4412193 | | 1983-10-25 | Bienwald |
| | 33 | 5202662 | | 1993-04-13 | Bienwald |
| | 34 | 4979070 | | 1990-12-18 | Bodkin |
| | 35 | 4109226 | | 1978-08-22 | Bowling |
| | 36 | 4802052 | | 1989-01-31 | Brant |
| | 37 | 6021034 | | 2000-02-01 | Chan |
| | 38 | 5917686 | | 1999-06-29 | Chan |
| | 39 | 5815363 | | 1998-09-29 | Chu |
| | 40 | 5517165 | | 1998-09-29 | Cook |
| | 41 | 5515218 | | 1996-05-07 | DeHaven |

EFS Web 2.0.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | Application Number | 95000097 |
|---|---|---|---|
| | | Filing Date | 2005-06-06 |
| | | First Named Inventor | Nicholas DiSalvo |
| | | Art Unit | 2832 |
| | | Examiner Name | Ramon M. Barrera |
| | | Attorney Docket Number | 18941/147 |

| | 42 | 3949336 | | 1976-04-06 | Dietz | |
|---|---|---|---|---|---|---|
| | 43 | 3813579 | | 1974-05-28 | Doyle | |
| | 44 | 3864649 | | 1975-02-04 | Doyle | |
| | 45 | 4386338 | | 1983-05-31 | Doyle | |
| | 46 | 4518945 | | 1985-05-07 | Doyle | |
| | 47 | 4595894 | | 1986-06-07 | Doyle | |
| | 48 | 4578732 | | 1986-03-25 | Draper | |
| | 49 | 4814641 | | 1989-03-21 | Dufresne | |
| | 50 | 4631624 | | 1986-12-23 | Dvorak | |

If you wish to add additional U.S. Patent citation information please click the Add button.

**U.S.PATENT APPLICATION PUBLICATIONS**

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|

EFS Web 2.0.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /RB/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| | Application Number | 95000097 |
| | Filing Date | 2005-06-06 |
| | First Named Inventor | Nicholas DiSalvo |
| | Art Unit | 2832 |
| | Examiner Name | Ramon M. Barrera |
| | Attorney Docket Number | 18941/147 |

| | 1 | | | | | | | |
|---|---|---|---|---|---|---|---|---|

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number³ | Country Code² ᵢ | Kind Code⁴ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T⁵ |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

### EXAMINER SIGNATURE

| Examiner Signature | /Ramon Barrera/ | Date Considered | 01/28/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.0.1

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 95000097 |
|---|---|---|
| | Filing Date | 2005-06-06 |
| | First Named Inventor | Nicholas DiSalvo |
| | Art Unit | 2832 |
| | Examiner Name | Ramon M. Barrera |
| | Attorney Docket Number | 18941/147 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐ That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

OR

☒ That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐ See attached certification statement.

☐ Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐ None

## SIGNATURE

A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | *Claude R. Narcisse* | Date (YYYY-MM-DD) | 2007-08-07 |
|---|---|---|---|
| Name/Print | Claude R. Narcisse | Registration Number | 38979 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

PTO/SB/08a (05-07)
Approved for use through 09/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 95000097 |
| Filing Date | 2005-06-06 |
| First Named Inventor | Nicholas DiSalvo |
| Art Unit | 2832 |
| Examiner Name | Ramon M. Barrera |
| Attorney Docket Number | 18941/147 |

### U.S.PATENTS

| Examiner Initial* | Cite No | Patent Number | Kind Code1 | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | 5239438 | | 1993-08-24 | Echtler | |
| | 2 | 6590753 | | 2003-07-08 | Finlay | |
| | 3 | 4851951 | | 1989-07-25 | Foster Jr. | |
| | 4 | 4574260 | | 1986-03-04 | Franks | |
| | 5 | 4630015 | | 1986-12-16 | Gemhardt | |
| | 6 | 5680287 | | 1987-10-21 | Gernhardt | |
| | 7 | 5654857 | | 1997-05-05 | Gershen | |
| | 8 | 6252407 | | 2001-06-26 | Gershen | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Application Number | | 95000097 | |
| | | Filing Date | | 2005-06-06 | |
| | | First Named Inventor | | Nicholas DiSalvo | |
| | | Art Unit | | 2832 | |
| | | Examiner Name | | Ramon M. Barrera | |
| | | Attorney Docket Number | | 18941/147 | |

| | | | | | |
|---|---|---|---|---|---|
| | 9 | 4587588 | | 1986-05-06 | Glodstein |
| | 10 | 4114123 | | 1978-09-12 | Grenier |
| | 11 | 4002951 | | 1977-01-11 | Halbeck |
| | 12 | 4316230 | | 1982-02-16 | Hansen |
| | 13 | 5844765 | | 1998-12-01 | Kato |
| | 14 | 5933063 | | 1999-08-03 | Keung |
| | 15 | 4901183 | | 1990-02-13 | Lee |
| | 16 | 4567456 | | 1986-01-28 | Legatti |
| | 17 | 5229730 | | 1993-07-20 | Legatti |
| | 18 | 6381113 | | 2003-04-30 | Legatti |
| | 19 | 5224006 | | 1993-06-29 | Mackenzie |

EFS Web 2.0.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /RB/

| | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Application Number | | 95000097 | |
| | | Filing Date | | 2005-06-06 | |
| | | First Named Inventor | | Nicholas DiSalvo | |
| | | Art Unit | | 2832 | |
| | | Examiner Name | | Ramon M. Barrera | |
| | | Attorney Docket  Number | | 18941/147 | |

| | | | | | |
|---|---|---|---|---|---|
| | 20 | 5805397 | | 1998-09-08 | Mackenzie |
| | 21 | 5510760 | | 1996-04-23 | Marcou |
| | 22 | 5594398 | | 1997-01-14 | Marcou |
| | 23 | 4377837 | | 1983-03-22 | Matsko |
| | 24 | 5363269 | | 1994-11-08 | McDonald |
| | 25 | 5418678 | | 1995-05-23 | McDonald |
| | 26 | 4409574 | | 1983-10-11 | Misencik |
| | 27 | 4442470 | | 1984-04-10 | Misencik |
| | 28 | 5541800 | | 1996-07-30 | Misencik |
| | 29 | 4521824 | | 1985-06-04 | Morris |
| | 30 | 4967308 | | 1990-10-30 | Morse |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /RB/

| | | | | | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Application Number | 95000097 | | |
| | | Filing Date | 2005-06-06 | | |
| | | First Named Inventor | Nicholas DiSalvo | | |
| | | Art Unit | 2832 | | |
| | | Examiner Name | Ramon M. Barrera | | |
| | | Attorney Docket Number | 18941/147 | | |

| | | | | | |
|---|---|---|---|---|---|
| | 31 | 5448443 | | 1995-09-05 | Muelleman |
| | 32 | 5477412 | | 1995-12-19 | Neiger |
| | 33 | 5600524 | | 1997-02-04 | Neiger |
| | 34 | 5706155 | | 1998-01-06 | Neiger |
| | 35 | 5715125 | | 1998-02-03 | Neiger |
| | 36 | 5729417 | | 1998-03-17 | Neiger |
| | 37 | 6226161 | | 2001-05-01 | Neiger |
| | 38 | 6180899 | | 2001-01-30 | Passow |
| | 39 | 5148344 | | 1982-09-15 | Rao |
| | 40 | 4538040 | | 1985-08-27 | Ronemus |
| | 41 | 5655648 | | 1997-08-12 | Rosen |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| | | | | | | |
|---|---|---|---|---|---|---|
| | | INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | | | |

| | |
|---|---|
| Application Number | 95000097 |
| Filing Date | 2005-06-06 |
| First Named Inventor | Nicholas DiSalvo |
| Art Unit | 2832 |
| Examiner Name | Ramon M. Barrera |
| Attorney Docket  Number | 18941/147 |

| | | | | | |
|---|---|---|---|---|---|
| | 42 | 5144516 | | 1992-09-01 | Sham |
| | 43 | 3766434 | | 1973-10-16 | Sherman |
| | 44 | 5825602 | | 1998-10-20 | Tosaka |
| | 45 | 5223810 | | 1993-06-29 | Van Haaren |
| | 46 | 4051544 | | 1977-09-27 | Vibert |
| | 47 | 4010431 | | 1977-03-01 | Virani |
| | 48 | 4034266 | | 1977-07-05 | Virani |
| | 49 | 4719437 | | 1988-01-12 | Yun |
| | 50 | 6052265 | | 2000-04-18 | Zaretsky |

If you wish to add additional U.S. Patent citation information please click the Add button.

**U.S.PATENT APPLICATION PUBLICATIONS**

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 95000097 |
| | Filing Date | 2005-06-06 |
| | First Named Inventor | Nicholas DiSalvo |
| | Art Unit | 2832 |
| | Examiner Name | Ramon M. Barrera |
| | Attorney Docket Number | 18941/147 |

| | 1 | | | | | |
|---|---|---|---|---|---|---|

If you wish to add additional U.S. Published Application citation information please click the Add button.

### FOREIGN PATENT DOCUMENTS

| Examiner Initial* | Cite No | Foreign Document Number[3] | Country Code[2] i | Kind Code[4] | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T[5] |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | | | | | ☐ |

If you wish to add additional Foreign Patent Document citation information please click the Add button

### NON-PATENT LITERATURE DOCUMENTS

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T[5] |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

### EXAMINER SIGNATURE

| Examiner Signature | /Ramon Barrera/ | Date Considered | 01/28/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609. Draw line through a citation if not in conformance and not considered. Include copy of this form with next communication to applicant.

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04. [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3). [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible. [5] Applicant is to place a check mark here if English language translation is attached.

| | | |
|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | Application Number | 95000097 |
| | Filing Date | 2005-06-06 |
| | First Named Inventor | Nicholas DiSalvo |
| | Art Unit | 2832 |
| | Examiner Name | Ramon M. Barrera |
| | Attorney Docket Number | 18941/147 |

## CERTIFICATION STATEMENT

Please see 37 CFR 1.97 and 1.98 to make the appropriate selection(s):

☐  That each item of information contained in the information disclosure statement was first cited in any communication from a foreign patent office in a counterpart foreign application not more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(1).

**OR**

☒  That no item of information contained in the information disclosure statement was cited in a communication from a foreign patent office in a counterpart foreign application, and, to the knowledge of the person signing the certification after making reasonable inquiry, no item of information contained in the information disclosure statement was known to any individual designated in 37 CFR 1.56(c) more than three months prior to the filing of the information disclosure statement. See 37 CFR 1.97(e)(2).

☐  See attached certification statement.

☐  Fee set forth in 37 CFR 1.17 (p) has been submitted herewith.

☐  None

## SIGNATURE
A signature of the applicant or representative is required in accordance with CFR 1.33, 10.18. Please see CFR 1.4(d) for the form of the signature.

| Signature | *Claude R. Narcisse* | Date (YYYY-MM-DD) | 2007-08-07 |
|---|---|---|---|
| Name/Print | Claude R. Narcisse | Registration Number | 38979 |

This collection of information is required by 37 CFR 1.97 and 1.98. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1 hour to complete, including gathering, preparing and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

PTO/SB/08a (05-07)
Approved for use through 09/30/2007. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 95000097 |
| Filing Date | 2005-06-06 |
| First Named Inventor | Nicholas DiSalvo |
| Art Unit | 2832 |
| Examiner Name | Ramon M. Barrera |
| Attorney Docket Number | 18941/147 |

| U.S.PATENTS | | | | | |
|---|---|---|---|---|---|
| Examiner Initial* | Cite No | Patent Number | Kind Code¹ | Issue Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
| | 1 | 5694280 | | 1997-12-02 | Zhou | |
| | 2 | 5185687 | | 1993-02-09 | Beihoff et al. | |
| | 3 | 4159499 | | 1979-06-26 | Alexander B. Bereskin | |
| | 4 | 4412193 | | 1983-10-25 | Bienwald et al. | |
| | 5 | 4109226 | | 1978-08-22 | Bowling et al. | |
| | 6 | 5917686 | | 1999-06-29 | Chan et al. | |
| | 7 | 5515218 | | 1996-05-07 | Jeff L. Dehaven | |
| | 8 | 3813579 | | 1974-05-28 | Doyle et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 95000097 |
| Filing Date | 2005-06-06 |
| First Named Inventor | Nicholas DiSalvo |
| Art Unit | 2832 |
| Examiner Name | Ramon M. Barrera |
| Attorney Docket  Number | 18941/147 |

| | | | | | |
|---|---|---|---|---|---|
| | 9 | 5694280 | | 1997-12-02 | Liang Zhou | |
| | 10 | 3864449 | | 1975-02-04 | Doyle et al. | |
| | 11 | 4386338 | | 1983-05-31 | Doyle et al. | |
| | 12 | 5680287 | | 1997-10-21 | Gernhardt et al. | |
| | 13 | 5654857 | | 1997-08-05 | Bernard Gershen | |
| | 14 | 4587588 | | 1986-05-06 | Richard Goldstein | |
| | 15 | 4114123 | | 1978-09-12 | Aime J. Grenier | |
| | 16 | 4002951 | | 1977-01-11 | Werner B. Halbeck | |
| | 17 | 5933063 | | 1999-08-03 | Keung et al. | |
| | 18 | 4901183 | | 1990-02-13 | Benny H. Lee | |
| | 19 | 5229730 | | 1993-07-20 | Legatti et al. | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | | |
|---|---|---|
| Application Number | 95000097 |
| Filing Date | 2005-06-06 |
| First Named Inventor | Nicholas DiSalvo |
| Art Unit | 2832 |
| Examiner Name | Ramon M. Barrera |
| Attorney Docket  Number | 18941/147 |

| | | | | | |
|---|---|---|---|---|---|
| | 20 | 6381113 | | 2002-04-30 | Raymonfd H. Legatti |
| | 21 | 4377837 | | 1983-03-22 | Matsko et al. |
| | 22 | 5363269 | | 1994-11-08 | Thomas M. McDonald |
| | 23 | 5418678 | | 1995-05-23 | Thomas M. McDonald |
| | 24 | 4409574 | | 1983-10-11 | Misencik et al. |
| | 25 | 5448443 | | 1995-09-05 | Norman F. Muelleman |
| | 26 | 6180899 | | 2001-01-30 | Christian H. Passow |
| | 27 | 5148344 | | 1992-09-15 | Rao et al. |
| | 28 | 4538040 | | 1985-08-27 | Ronemus et al. |
| | 29 | 5655648 | | 1997-08-12 | Rosen et al. |
| | 30 | 5144516 | | 1992-09-01 | John C. K. Sham |

EFS Web 2.0.1

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH.  /RB/

| | | Application Number | 95000097 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | 2005-06-06 |
| | | First Named Inventor | Nicholas DiSalvo |
| | | Art Unit | 2832 |
| | | Examiner Name | Ramon M. Barrera |
| | | Attorney Docket  Number | 18941/147 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 31 | 5715125 | | 1998-02-03 | Neiger et al. | |
| | 32 | 4051544 | | 1977-09-27 | Edward J. Vibert | |
| | 33 | 4010431 | | 1977-03-01 | Virani et al. | |
| | 34 | 4034266 | | 1977-07-05 | Virani et al. | |
| | 35 | 4719437 | | 1998-01-12 | Yun et al. | |
| | 36 | 5875087 | | 1999-02-03 | Spencer et al. | |

If you wish to add additional U.S. Patent citation information please click the Add button.

**U.S.PATENT APPLICATION PUBLICATIONS**

| Examiner Initial* | Cite No | Publication Number | Kind Code¹ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear |
|---|---|---|---|---|---|---|
| | 1 | | | | | |

If you wish to add additional U.S. Published Application citation information please click the Add button.

**FOREIGN PATENT DOCUMENTS**

| Examiner Initial* | Cite No | Foreign Document Number³ | Country Code² i | Kind Code⁴ | Publication Date | Name of Patentee or Applicant of cited Document | Pages,Columns,Lines where Relevant Passages or Relevant Figures Appear | T⁵ |
|---|---|---|---|---|---|---|---|---|

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /RB/

| INFORMATION DISCLOSURE STATEMENT BY APPLICANT ( Not for submission under 37 CFR 1.99) | Application Number | 95000097 |
|---|---|---|
| | Filing Date | 2005-06-06 |
| | First Named Inventor | Nicholas DiSalvo |
| | Art Unit | 2832 |
| | Examiner Name | Ramon M. Barrera |
| | Attorney Docket  Number | 18941/147 |

| | 1 | | | | | | | | ☐ |
|---|---|---|---|---|---|---|---|---|---|

If you wish to add additional Foreign Patent Document citation information please click the Add button

**NON-PATENT LITERATURE DOCUMENTS**

| Examiner Initials* | Cite No | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc), date, pages(s), volume-issue number(s), publisher, city and/or country where published. | T⁵ |
|---|---|---|---|
| | 1 | | ☐ |

If you wish to add additional non-patent literature document citation information please click the Add button

**EXAMINER SIGNATURE**

| Examiner Signature | /Ramon Barrera/ | Date Considered | 01/28/2008 |
|---|---|---|---|

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

¹ See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  ² Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  ³ For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  ⁴ Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  ⁵ Applicant is to place a check mark here if English language translation is attached.