# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**CHAMBERS OF**                              **101 WEST LOMBARD STREET**
**SUSAN K. GAUVEY**                          **BALTIMORE, MARYLAND 21201**
**U.S. MAGISTRATE JUDGE**              **MDD_skgchambers@mdd.uscourts.gov**
                                                          **(410) 962-4953**
                                                       **(410) 962-2985 - Fax**


December 23, 2008




MEMORANDUM TO COUNSEL RE LEVITON MANUFACTURING CO., INC. V.
    UNIVERSAL SECURITY INSTRUMENTS, INC., ET AL., CIVIL NO.
    AMD-05-889

Dear Counsel:

    I am enclosing my ruling on the pending motion to recover
costs and fees in the above case.  I do not believe anything in
the opinion is confidential, but based on the numerous sealed
documents in this matter, I am sealing the opinion at this time
and asking counsel to advise me no later than January 5, 2009, if
they believe the entire opinion (or part) needs to remain under
seal.  If I do not hear from counsel by January 5, the ruling
will be posted on the public record.

                              Sincerely yours,

                              /s/

                              Susan K. Gauvey
                              United States Magistrate Judge