**APPENDIX A**

**Attorneys' Fee Calculations**

<u>Bingham</u> - $690,367.00 requested in fees

    The following billed hours and sums are subtracted from the sum $ 690,367.00.

1. Elimination of Hours of Non-Legal Personnel.

| December 2006 | Hours | Rate | | |
|---|---|---|---|---|
| Dippery | 1.3 | @ 175.00 | = | 227.50 |
| Wardell | 9 | @ 200.00 | = | 1800.00 |
| January 2007 | | | | |
| Dippery | 8.9 | @ 190.00 | = | 1691.00 |
| Wardell | 0.5 | @ 210.00 | = | 105.00 |
| March 2007 | | | | |
| Wardell | 4.0 | @ 210.00 | = | 840.00 |
| April 2007 | | | | |
| deVore | 6.2 | @ 85.00 | = | 527.00 |
| Wardell | 25.0 | @ 210.00 | = | 5250.00 |
| May 2007 | | | | |
| Wardell | 29.5 | @ 210.00 | = | 6195.00 |
| June 2007 Wardell | 0.5 | @ 210.00 | = | 105.00 |
| July 2007 | | | | |
| Wardell | 0.7 | @ 210.00 | = | 147.00 |
| August 2007 | | | | |
| Wardell | 0.4 | @ 210.00 | = | 84.00 |
| | | | <u>TOTAL</u>: | $16,971.50 |

That sum is subtracted from the total sum billed by Bingham timekeepers.

```
        $ 690,367.00
        -  16,971.50
          673,395.50
```

2.  Reduction to Better Reflect Rates Charged in Baltimore Legal Market.

The reduced sum of $673,395.50 is reduced by 10%, representing a 10% reduction of billable rates, to better reflect standard rates charged by attorneys and paralegals in the Baltimore legal market.

$$\begin{array}{r} \$\ 673,395.50 \times .10 = 67,339.55 \\ -\ \ 67,339.55 \\ \hline 606,055.95 \end{array}$$

3.  Reduction to Address Block-Billing and Documentation Deficiencies.

The adjusted sum of $606,055.95 is further reduced by 10% to compensate for the billing deficiencies discussed in the Court's opinion.

$$\begin{array}{r} \$\ 606,055.95 \times .10 = 60,605.60 \\ -\ \ 60,605.60 \\ \hline 545,450.35 \end{array}$$

The sum of $545,450.35 is added to the $68,801.52 in Bingham expenses.

**TOTAL**
$$\begin{array}{r} \$\ 545,450.35 \\ +\ \ 68,801.52 \\ \hline 614,251.87 \end{array}$$

<u>Andrews</u> - $223,615.80 requested in fees.

1.  Reduction to Better Reflect Rates Charged in Baltimore Legal Community.

The $223,615.80 is reduced by 10%, representing a 10% reduction of billable rates, to better reflect standard rates charged by attorneys and paralegals in the Baltimore legal market.

$$\begin{array}{r} \$\ 223,615.80 \times .10 = 22,361.58 \\ -\ \ 22,361.58 \\ \hline 201,254.22 \end{array}$$

2.  Reduction to Address Block-Billing and Documentation Deficiencies.

The reduced sum of $201,254.22 is further reduced by 10% to compensate for the billing deficiencies discussed in the Court's

opinion.

$$\begin{array}{r} \$\ 201{,}254.22 \times .10 = 20{,}125.42 \\ -\ \ 20{,}125.42 \\ \hline 181{,}128.80 \end{array}$$

The sum of $181,128.80 is added to the $15,278.50 in Andrews' expenses.

|  | |
|---|---:|
| | $ 181,128.80 |
| | +  15,278.50 |
| **TOTAL** | 196,407.30 |

The Bingham and Andrews sums are added together.

$$\begin{array}{r} \$\ 614{,}251.87 \\ +\ 196{,}407.30 \\ \hline \end{array}$$

**GRAND TOTAL**             810,659.17
**OF FEES AND COSTS**