IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LEVITON MANUFACTURING CO., INC., | * |
| | * |
| v. | |
| | *   CIVIL NO. AMD-05-889 |
| UNIVERSAL SECURITY INSTRUMENTS, INC., ET AL., (consolidated) | * |
| *   *   *   *   *   *   | * |
| SHANGHAI MEIHAO ELECTRIC, INC., | * |
| | |
| v. | * |
| | |
| LEVITON MANUFACTURING CO., INC. | * |

### AMENDMENT TO MEMORANDUM OPINION DATED DECEMBER 23, 2008

On December 23, 2008, the Court entered a Memorandum Opinion regarding the award of attorneys' fees and costs in the amount of $810,659.17. It is recommended that these fees and costs be paid by plaintiff to the defendant within 30 days from the date of the Memorandum Opinion and it is further recommended that the defendant be awarded its reasonable attorneys' fees and costs associated with its filing for attorneys' fees under 35 U.S.C. § 285, if a further petition is filed within 15 days of the date of the original Memorandum Opinion.

It is so ORDERED this 29th day of December, 2008.

                                            /s/
                                      Susan K. Gauvey
                                      United States Magistrate Judge