## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

LEVITON MANUFACTURING CO., INC.,

                    Plaintiff/Counter-Defendant,

      v.

UNIVERSAL SECURITY INSTRUMENTS,
INC., *et al.*,

              Defendants/Counter-Plaintiffs.

Civil Action No. 05-0889 AMD
(consolidated)

SHANGHAI MEIHAO ELECTRIC, INC.,

                    Plaintiff/Counter-Defendant,

      v.

LEVITON MANUFACTURING CO., INC.,

              Defendant/Counter-Plaintiff.

### [PROPOSED] JUDGMENT ORDER

Upon consideration of the Request of Shanghai Meihao Electric Inc. ("Meihao") for

Attorney Fees Associated With Its Motion to Recover Costs and Attorney Fees (the "Request"),

the Memorandum Opinion of Magistrate Judge Susan K. Gauvey dated December 23, 2008 and

Magistrate Gauvey's December 29, 2008 Amendment To Memorandum Opinion dated

December 23, 2008 (collectively, the "Report and Recommendation"), the objections of Leviton

Manufacturing Company, Inc. ("Leviton") to the Report and Recommendation, Meihao's

response to those objections, the related declarations and exhibits filed by the parties, and the

entire record of this case, it is hereby

ORDERED that Meihao's Request is granted as set forth in the Court's Order dated May 14, 2009, and judgment is hereby entered in favor of Meihao as set forth herein, and it is further

ORDERED that, in addition to the amounts set forth in this Court's judgment of May 14, 2009, Leviton shall pay Meihao costs in the amount of $1,194.94 and reasonable attorneys fees in the amount of $234,499.04 as reasonable attorneys fees and costs incurred in litigating the motion for fees and costs, along with post-judgment interest as provided by 28 U.S.C. § 1961 at the rate of .53%. Payment is to be made by Leviton within thirty (30) days of the date of this Judgment Order.

SO ORDERED this 15th day of May, 2009. *

/s/
Andre M. Davis
United States District Judge

*Any and all remaining claims are DISMISSED WITHOUT PREJUDICE and any and all prior rulings disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58.