IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHANGHAI MEIHAO ELECTRIC INC. )<br>)<br>Plaintiff/Counter-Defendant )<br>)<br>vs. )<br>)<br>LEVITON MANUFACTURING COMPANY, )<br>INC. )<br>)<br>Defendant/Counter-Plaintiff ) | Civil Action No. AMD-05-889<br>(consolidated) |

**UNOPPOSED MOTION TO STAY ENFORCEMENT OF MONETARY
JUDGMENTS PENDING APPEAL AND TO APPROVE THE
<u>DEPOSIT OF FUNDS INTO THE COURT REGISTRY</u>**

Defendant/Counter-plaintiff, Leviton Manufacturing Company, Inc. ("Leviton"), in accordance with Local Rule 110(1)(a) and Fed.R.Civ.P. 62(d), hereby moves the Court for an Order staying the enforcement of two Judgment Orders entered by the Court on May 14, 2009 and May 15, 2009 pending the disposition of an appeal of those Judgment Orders to the United States Court of Appeals for the Federal Circuit. Leviton also requests that the Court authorize Leviton to deposit the full amount of the Judgment Orders as determined under Local Rule 110(1)(a) ($1,256,623.78) into the Court Registry, that the Registry funds be administered in accordance with Local Rule 508 and that the funds remain in the Court Registry for the entire pendency of the Federal Circuit appeal. Leviton is prepared to deposit the funds into the Court Registry by bank check (cashier's check) upon granting of the present Motion.

Counsel for Leviton has contacted counsel for Plaintiff/Counter-Defendant, Shanghai Meihao Electric Inc. ("Meihao"), who advised Leviton that Meihao does not object to the Court granting the

Motion as indicated in the attached proposed form of Order.  A Memorandum in support of the Motion is also attached.

                                                      Respectfully submitted,

                                                      /s/
                                        Joseph A. Rhoa (FBN 12902)
NIXON & VANDERHYE P.C.
901 North Glebe Road
Suite 1100
Arlington, Virginia  22203-1808
Tel: (703) 816-4000
Fax: (703) 816-4100
JAR@NIXONVAN.COM


                                                      /s/
Steven E. Tiller (Fed. Bar No.:  11085)
WHITEFORD, TAYLOR & PRESTON
7 St. Paul Street
Baltimore, Maryland 21202-1636
Tel: (410) 347-8700
Fax: (410) 223-4325

Attorneys for Defendant/Counter-Plaintiff
LEVITON MANUFACTURING COMPANY, INC.