Filed: June 15, 2009

```
            UNITED STATES COURT OF APPEALS
                FOR THE FOURTH CIRCUIT
```

_____

No. 09-1670
(1:05-cv-00889-AMD)

_____

LEVITON MANUFACTURING COMPANY, INCORPORATED,

       Plaintiff - Appellant

v.

SHANGHAI MEIHAO ELECTRIC INCORPORATED,

       Defendant - Appellee

_____

NOTICE OF APPELLATE CASE OPENING

_____

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Court Case Number | 1:05-cv-00889-AMD |
| Date notice of appeal filed in originating court | 06/11/2009 |
| Appellant(s) | Leviton Manufacturing Company |
| Appellate Case Number | 09-1670 |
| Case Manager | Joy Hargett Moore 804-916-2702 |

The above-captioned case has been opened in this Court.