# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2009-1421 - LEVITON MFG V UNIVERSAL SECURITY

Date of docketing: 06/23/2009

Appeal from: United States District Court / District of Maryland
case no. 05-CV-889

Appellant(s): Leviton Manufacturing Company, Inc.

Critical dates include:
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing, or within 30 days if the United States or its officer or agency is a party in the appeal.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.cafc.uscourts.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

Attachments:
- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.cafc.uscourts.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Transcript Purchase Order form to appellants.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US District Court, District of Maryland
   Gary M. Hnath
   William E. Bradley
   Joseph A. Rhoa

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2009-1421

LEVITON MANUFACTURING COMPANY, INC.,

Plaintiff,

v.

UNIVERSAL SECURITY INSTRUMENTS, INC.,
and USI ELECTRIC, INC.,

Defendants.

---

SHANGHAI MEIHAO ELECTRIC INC.,

Plaintiff-Appellee,

v.

LEVITON MANUFACTURING COMPANY, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the District of Maryland in consolidated case no. 05-CV-889, Judge Andre M. Davis.

Authorized Abbreviated Caption[2]

LEVITON MFG v UNIVERSAL SECURITY, 2009-1421

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.